IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-38405-H5-13 |
| | § | |
| Francisco J. Ayala | § | CHAPTER 13 |
| Patricia Ayala | § | |
| | § | |
| DEBTOR | § | |

### DEBTOR(S)' FIRST AMENDED MOTION TO MODIFY CONFIRMED PLAN

The Debtor(s) file this Motion to Modify their confirmed plan.

1. **HISTORY OF CASE.** This case was filed on December 3, 2007. The plan was confirmed on February 19, 2008.

2. **REASON FOR MODIFICATION.** The Debtor fell behind with the Trustee payment due to the loss of his employment and unexpected medical expenses. The Debtor has found new employment and can resume making payments to the Trustee.

3. **PLAN PAYMENTS UNDER CONFIRMED PLAN.** The current plan (as modified through this date) requires payments as follows:

   A.   Months: 1-60                        Payment: $1,850.00

4. **PAYMENTS PREVIOUSLY MADE.** As of the date of this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totalling $14,676.45. Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

5. **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** The proposed modified plan requires future payments as follows:

   A.   Months: 13-13                       Payment: $1,000.00
   B.   Months: 14-60                       Payment: $2,075.00

6. **CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the chapter 13 trustee as follows:

   Dollar amount in default:        $7,523.55
   Number of months in default:     4
   Last Payment Made:               December 18, 2008
   Amount of Last Payment:          $426.92

7. **PROPOSED PLAN MODIFICATIONS:**

A. All payment defaults set forth in paragraph 6 are cured by this modification

B The plan will provide three (3) post petition payments from October 2008 to December 2008 at $944.72 for a total sum of $2,834.16 due to Countrywide Home Loans.

C. The plan will provide three (3) post petition payments from October 2008 to December 2008 at $260.24 for a total sum of $780.72 due to Franklin Credit Management Corp.

D. The plan will provided 1 on-going mortgage payment to Countrywide Home Loans for month 13 for $944.73.

E. The plan will provided 1 on-going mortgage payment to Franklin Credit Management Corp for month 13 for $260.25.

8. **INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the court.

9. **BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "B".

10. **ATTORNEYS' FEES (Check One):**

☑ Debtor(s)' counsel shall be paid $450.00 as a fixed fee for this modification. This box may not be checked of the modification was proposed within 120 days on which the plan was confirmed.

☐ If Debtor(s)' counsel seeks compensation, a separate application will be filed. If not application is filed, no compensation will be paid.

Dated: January 28, 2009

/s/ Francisco J. Ayala
_____
Francisco J. Ayala


/s/ Patricia Ayala
_____
Patricia Ayala



Respectfully submitted,

/s/ Eloise A. Guzman
_____
Eloise A. Guzman
State Bar No. 08654570; Fed. ID  7685
*Attorney in Charge for Debtor(s)*
8225 Gulf Freeway
Houston, TX 77017
(713) 378-9900 - *Telephone*
(713) 378-9977 - *Telecopier*


**CERTIFICATE OF SERVICE**


I hereby certify that a true and correct copy of the foregoing Motion to Modify Confirmed Plan with Plan Modification and Notice of Hearing and Time to Object was served to all parties in interest listed below and on the attached sheet by First Class United States Mail, postage prepaid, on or before January 28, 2009.

Francisco J. Ayala
Patricia Ayala
7802 Albatross Road
Baytown, TX  77520

William Heitkamp
Chapter 13 Trustee
9821 Katy Frwy., Suite 590
Houston, TX 77024

United States Trustee
515 Rusk, Suite 3516
Houston, TX  77002

/s/ Eloise A. Guzman
_____
Eloise A. Guzman

| | | |
|---|---|---|
| Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090 | Barrett, Burke, Wilson, et al.<br>1900 St. James Place, Suite 500<br>Houston, TX  77056 | Centerpoint<br>P O Box 1325<br>Houston, TX 77001 |
| Citibank Usa<br>Po Box 6003<br>Hagerstown, MD 21747 | Collection<br>Po Box 9134<br>Needham, MA 02494 | Collection Co America<br>700 Longwater Dr<br>Norwell, MA 02061 |
| Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701 | Countrywide<br>450 American St<br>Simi Valley, CA 93065 | Credit Management<br>4200 International Pkwy<br>Carrollton, TX 75007 |
| Credit Systems International<br>1277 Country Club<br>Fort Worth, TX 76112 | Cross Country Bank<br>800 Delaware Ave<br>Wilmington, DE 19801 | Direct Loans<br>P O Box 5609<br>Greenville, Texas 75403 |
| Er Solutions<br>800 Sw 39th St<br>Renton, WA 98057 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Franklin Credit Mngmnt<br>6 Harrison St<br>New York, NY 10013 |
| Gte Southwest Inc<br>Po Box 165018<br>Columbus, OH 43216 | Gulf Coast Educator FCU<br>J.Milton Stewart<br>P O Box 1111<br>Baytown, Texas 77522 | Harris County Tax Office<br>P. O. Box 4622<br>Houston, Texas  77210-4622 |
| Hsbc Nv<br>Po Box 19360<br>Portland, OR 97280 | Hsbc/tax<br>90 Christiana Rd<br>New Castle, DE 19720 | Internal Revenue Service<br>8876 Gulf Freeway<br>Houston, TX 77017 |
| J. Milton Stewart<br>P.O. Box 1111<br>Baytown, TX 77522 | Linebarger, Goggan, LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 | Midland Credit Mgmt<br>8875 Aero Dr<br>San Diego, CA 92123 |
| Nco/ Collection Agency<br>Pob 41448<br>Philadelphia, PA 19101 | Nelnet Lns<br>Po Box 1649<br>Denver, CO 80201 | Network Coll<br>9894 Bissonnet Suite 650<br>Houston, TX 77036 |

| | | |
|---|---|---|
| Palisades Collections<br>210 Sylvan Ave<br>Englewood, NJ 07632 | Peggy Prescott<br>PO BOX 106 Ballarre<br>Bellaire TX, 77402 | Security Fin<br>Po Drawer 811<br>Spartanburg, SC 29304 |
| Sherman Financial<br>Po Box 10585<br>Greenville, SC 29603-0585 | Tex Collect/collection<br>2101 W Ben White Blvd<br>Austin, TX 78704 | Unique National Collec<br>119 E Maple St<br>Jeffersonville, IN 47130 |
| Us Dept Of Education<br>501 Bleecker St<br>Utica, NY 13501 | West Asset<br>1000 F North Travi<br>Sherman, TX 75090 | West Asset Management<br>1000 N Travis St Ste F<br>Sherman, TX 75090 |

**EXHIBIT "A"**

| Date | | | Ref | Description | Amount |
|---|---|---|---|---|---|
| 12/18/2008 | | | 25076950/Jacinto Med | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 12/4/2008 | | | 24786395/Jacinto Med | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 11/19/2008 | | | 24337407 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 10/22/2008 | | | 23563747/Jacinto | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 10/7/2008 | | | 23176602 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 9/26/2008 | | | 22734119 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 9/23/2008 | | | 22366260 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 8/27/2008 | | | 21990789 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 8/18/2008 | | | 21607876 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 8/17/2008 | | | 08866165620 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $300.00 |
| 7/30/2008 | | | 21198128 | DEBTOR PAYMENTS REMITTED BY EMPLOYER | $426.92 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | DEDUCTION | |
| 7/17/2008 | | | 20892265 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 7/2/2008 | | | 20179765 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $411.38 |
| 6/6/2008 | | | 08943878239 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $240.00 |
| 6/5/2008 | | | 19716296 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $419.35 |
| 5/6/2008 | | | JACINTO 02958 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 4/22/2008 | | | JACINTO 74929 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 4/11/2008 | | | JACINTO | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 4/10/2008 | | | 101295649290 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 |
| 4/10/2008 | | | 101295649301 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $425.00 |
| 3/26/2008 | | | JACINTO 15377 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 3/13/2008 | | | JACINTO 11347 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $426.92 |
| 3/6/2008 | | | 3411326 | CASHIERS | $1,850.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | CHECK/PAYMENT TO DEBTOR ACCT | |
| 2/5/2008 | | | 3410965 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,800.00 |
| 2/5/2008 | | | 11847481817 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $50.00 |
| 1/7/2008 | | | 3410702 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,850.00 |
| | | | | Totals: | $14,676.45 |