IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  FRANCISCO J. AYALA | § | Case No. 07-38405-H5-13 |
| PATRICIA AYALA | § | Chapter 13 |

### MOTION FOR RELIEF FROM THE STAY REGARDING EXEMPT PROPERTY
(1007 Ruell Street, Houston, TX 77017)

> THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NO LATER THAN FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING AND YOU MUST ATTEND THE HEARING.
>
> THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN FIVE BUSINESS DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON OCTOBER 28, 2009 AT 9 A.M. IN COURTROOM 403 OF THE UNITED STATES COURT HOUSE LOCATED AT 515 RUSK AVENUE. HOUSTON. TEXAS 77012.

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: Gill Prescott and Peggy McCall Prescott

3. Movant, directly or as agent for the holder, holds a security interest in one (1) 1007 Ruell Street, Houston, TX 77017 more particularly described as:

   LOT 14, IN BLOCK 28 OF OAK MEADOWS ADDITION, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 36, PAGE 39 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

4. Movant has review the schedules filed in this case. The property described in paragraph 3 is clamed as exempt by the Debtors. Movant does not contest the claimed exemption.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): home (not principle residence).

6. Debtors' scheduled value of property: $85,980.00.

7. Movant's estimated value of property: $85,980.00.

8. Total amount owed to Movant: $72,321.05.

9. Estimated equity (paragraph 7 minus paragraph 8): $13,658.95.

10. Total pre and post-petition arrearages: $3,903.80.

11. Total post-petition arrearages: $3,903.80.

12. Amount of unpaid, past due property taxes, if applicable: n/a

13. Expiration date on insurance policy, if applicable: n/a.

14. __X__ Movant seeks relief based on the Debtors' failure to make payments. Debtors' payment history is attached as exhibit "A." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan. Movant further represents that the payment the payment history is self explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15. _____ Movant seeks relief based on the Debtors' failure to provide a certificate of insurance reflecting insurance coverage as required under the Debtors' pre-petition contracts.

16. If applicable: Name of Co-Debtor: n/a.

17. Based on the foregoing, Movant seeks termination of the automatic stay to allow Movant to foreclose or repossess the Debtors' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made by Billy G. Baca to confer with the Debtors' counsel by telephone on October 1, 2009 at 12:51 p.m. and was advised that the Debtors will not oppose Movant's Motion. An agreement could not be reached in writing. If requested by Debtors or Debtors' counsel, a payment history in the form attached to this motion was provided at least two business days before this motion was filed. The contact person for this motion is Billy G. Baca who may be reached at (713) 864-8000.

Date: October 1, 2009   /s/ *Billy G. Baca*
　　　　　　　　　　　　Movant's counsel signature
　　　　　　　　　　　　BILLY G. BACA
　　　　　　　　　　　　State Bar No. 01486800
　　　　　　　　　　　　S.D. Tex. Bar No. 3719
　　　　　　　　　　　　5225 Katy Freeway, Suite 350
　　　　　　　　　　　　Houston, Texas  77007
　　　　　　　　　　　　(713) 864-8000    (713) 864-0179 facsimile
　　　　　　　　　　　　*BGBaca@LBandD.com*

**Certificate of Service and Certificate of Compliance with BLR 4001**

　　　A copy of this motion was served on the persons shown on the attached "Service Exhibit" at the addresses reflected on that exhibit on October 1, 2009 by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

　　　　　　　　　　　　/s/ *Billy G. Baca*
　　　　　　　　　　　　Movant's counsel

# SERVICE EXHIBIT

**Eloise A Guzman**
Guzman Law Firm
8225 Gulf Freeway
Houston, TX 77017

**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway Ste 590
Houston, TX 77024

**Franklin Credit Management Corporation** Main Office
c/o Rosicki, Rosicki & Associates, P.C.
Outsource Management
51 East Bethpage Road
Plainview, NY 11803

**Francisco J. Ayala**
7802 Albatross Road
Baytown, TX 77520

**US Trustee**
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002

**ECMC**
7325 Beaufont Springs Suite 200
Richmond, VA 23225

**Patricia Ayala**
7802 Albatross Road
Baytown, TX 77520

**IRS (Chapter 13 Notice)**
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-1294

**Mary A Daffin**
Barrett Burke Daffin Frappier Turner & E
1900 St James Pl Ste 500
Houston, TX 77056

## 2009 Payments

| Payment due | Payment | Date Paid | Late fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|
| 1.  1/11/09 | $1900.00 | 1/2/09 | 0 | $1024.00 | $476.00 |
| 2.  2/11/09 | 0 | | $25.60 | 0 | 0 |
| 3.  3/11/09 | $750.00 | 3/11/09 | 0 | $512.00 | $238.00 |
| 4.  4/11/09 | $750.00 | 4/10/09 | 0 | $512.00 | $238.00 |
| 5.  5/11/09 | 0 | | $25.60 | 0 | 0 |
| 6.  6/11/09 | 0 | | $25.60 | 0 | 0 |
| 7.  7/11/09 | 0 | | $25.60 | 0 | 0 |
| 8.  8/11/09 | 0 | | $25.60 | 0 | 0 |
| 9.  9/11/09 | 0 | | $25.60 | 0 | 0 |
| 10. 10/11/09 | | | | | |
| 11. 11/11/09 | | | | | |
| 12. 12/12/09 | | | | | |
| Totals | $3400.00 | | $153.80 | $2048.00 | $952.00 |

EXHIBIT A

## 2008 Payments

| | Payment due | Payment | Date Paid | Late fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|---|
| 1. | 1/11/08 | $750 | 1/18/08 | 0 | $512.00 | $238.00 |
| 2. | 2/11/08 | $750 | 2/8/08 | 0 | $512.00 | $238.00 |
| 3. | 3/11/08 | $750 | 3/9/08 | 0 | $512.00 | $238.00 |
| 4. | 4/11/08 | $750 | 4/15/08 | 0 | $512.00 | $238.00 |
| 5. | 5/11/08 | 0 | | $25.60 | 0 | 0 |
| 6. | 6/11/08 | $1500 | 6/12/08 | 0 | $1024.00 | $476.00 |
| 7. | 7/11/08 | $750 | 7/18/08 | 0 | $512.00 | $238.00 |
| 8. | 8/11/08 | 0 | | $25.60 | | |
| 9. | 9/11/08 | $750 | 7/24/08 | $25.60 | $512.00 | $238.00 |
| 10. | 10/11/08 | 0 | | $25.60 | | |
| 11. | 11/11/08 | 0 | | $25.60 | | |
| 12. | 12/11/08 | $1100 | 12/29/08 | $25.60 | $1024.00 | $76.00 |
| | Totals | $7100 | | $179.20 | $5120.00 | $1980.00 |

Amount Owed:  $9000.00  +  Late Charges $170.20  Escrow Pd   $1980.00

Amound Pd.     $2208.35 (Taxes & Insurance)

$1980.00 Escrow Pd.

Amount Shortage     $ 228.35

## 2007 Payments

| | Payment due | Payment | Date Paid | Late Fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|---|
| 1. | 1/11/07 | $750 | 1/15/07 | 0 | $512.00 | $238.00 |
| 2. | 2/11/07 | $555 | 2/9/07 | $25.60 | $512.00 | $238.00 |
| 3. | 3/11/07 | $650 | 3/6/07 | $25.60 | $512.00 | 0 |
| 4. | 4/11/07 | $750 | 4/20/07 | 0 | $512.00 | $238.00 |
| 5. | 5/11/07 | $750 | 5/21/07 | 0 | $512.00 | $238.00 |
| 6. | 6/11/07 | $750 | 6/20/07 | 0 | $512.00 | $238.00 |
| 7. | 7/11/07 | $750 | 7/21/07 | 0 | $512.00 | $238.00 |
| 8. | 8/11/07 | 0 | | $25.60 | 0 | 0 |
| 9. | 9/11/07 | $750 | 9/7/07 | 0 | $512.00 | $238.00 |
| 10. | 10/11/07 | $1000 | 10/15/07 | 0 | $762.00 | $238.00 |
| 11. | 11/11/07 | $750 | 11/20/07 | 0 | $512.00 | 0 |
| 12. | 12/11/07 | $750 | 1/7/08 | $25.60 | $512.00 | $238.00 |
| | Totals | $8205 | | $102.40 | $5882.00 | $2142.00 |

Amount Owed: $9000 + Late Charges $102.40      Escrow Pd   $2142.00

Amound Pd.   $2211.00 (Taxes & Insurance)

$2142.00 Escrow Pd.

**Amount Overage $   69.00**

## 2006 Payments

| | Payment due | Payment | Date Paid | Late fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|---|
| 1. | 1/11/06 | $750 | 1/29/06 | $25.60 | $512.00 | $238.00 |
| 2. | 2/11/06 | $750 | 2/25/06 | $25.60 | $512.00 | $238.00 |
| 3. | 3/11/06 | $750 | 3/7/06 | 0 | $512.00 | $238.00 |
| 4. | 4/11/06 | $750 | 4/22/06 | $25.60 | $512.00 | $238.00 |
| 5. | 5/11/06 | $750 | 5/13/06 | 0 | $512.00 | $238.00 |
| 6. | 6/11/06 | $750 | 6/15/06 | 0 | $512.00 | $238.00 |
| 7. | 7/11/06 | $750 | 7/20/06 | 0 | $512.00 | $238.00 |
| 8. | 8/11/06 | $750 | 8/20/06 | 0 | $512.00 | $238.00 |
| 9. | 9/11/06 | $750 | 9/10/06 | 0 | $512.00 | $238.00 |
| 10. | 10/11/06 | $750 | 10/20/06 | 0 | $512.00 | $238.00 |
| 11. | 11/11/06 | $750 | 11/21/06 | 0 | $512.00 | $238.00 |
| 12. | 12/11/06 | $750 | 1/7/07 | $25.60 | $512.00 | $238.00 |
| | Totals | $9000 | | $102.40 | $6144.00 | $2856.00 |

**Amount Pd.**   $2334.00 (Taxes & Insurance)

$2856.00 Escrow Pd.

**Amount Overage** $ 522.00

## 2005 Payments

| Payment due | Payment | Date Paid | Late fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|
| 1. 1/11/05 | $750 | 1/29/05 | $25.60 | $512.00 | $238.00 |
| 2. 2/15/05 | $750 | 2/25/05 | $25.60 | $512.00 | $238.00 |
| 3. 3/11/05 | $700 Check | 3/25/05 | $25.60 | 0 | 0 Check Returned |
| 4. 4/11/05 | $750 | 4/25/05 | $25.60 | $512.00 | $238.00 |
| 5. 5/11/05 | $750 | 5/20/05 | 0 | $512.00 | $238.00 |
| 6. 6/11/05 | $550 | 6/22/05 | $25.60 | $512.00 | $ 38.00 |
| 7. 7/11/05 | $950 | 7/22/05 | $25.60 | $512.00 | $438.00 |
| 8. 8/11/05 | $750 | 8/05/05 | 0 | $512.00 | $238.00 |
| 9. 9/11/05 | 0 |  | $25.60 | 0 | 0 |
| 10. 10/11/05 | $750 | 10/15/05 | 0 |  |  |
|  | $750 | 10/21/05 | 0 | $1024.00 | $476.00 |
| 11. 11/11/05 | $750 | 11/25/05 | $25.60 | $512.00 | $238.00 |
| 12. 12/11/05 | $750 | 12/29/05 | $25.60 | $512.00 | $238.00 |
| Totals | $8950 |  | $230.40 | $6144.00 | $2806.00 |

**Amount Pd.**    $2366.80 (Taxes & Insurance)

$2806.00 Escrow Pd.

**Amount Overage**    $ 439.20

**Sales Price**: $77,000.00

30 years @ 7 % Interest

**Closed:** 2-11-04

1st **Payment** due 3-11-04

**Payments** $ 750.00 includes taxes & insurance
$512 payment, $238 taxes/insurance escrow
**Late fee:** $25.60

| | Payment due | Payment | Date Paid | Late fee | Principle & Interest | Escrow |
|---|---|---|---|---|---|---|
| 1. | 3/11/04 | $750 | 3/15/04 | 0 | $512.00 | $238.00 |
| 2. | 4/11/04 | $750 | 4/15/04 | 0 | $512.00 | $238.00 |
| 3. | 05/11/04 | $750 | 5/15/04 | 0 | $512.00 | $238.00 |
| 4. | 06/11/04 | 0 | 0 | $25.60 | 0 | 0 |
| 5. | 07/11/04 | $700 | 7/20/04 | $25.60 | $512.00 | $238.00 |
| 6. | 08/11/04 | 0 | 0 | $25.60 | 0 | 0 |
| 7. | 09/11/04 | $500 | 9/3/04 | $25.60 | $512.00 | $238.00 |
| 8. | 10/11/04 | $300 | 10/1/04 | $25.60 | $ 50.00 | 0 |
| | | $750 | 10/20/04 | $25.60 | $512.00 | $238.00 |
| 9. | 11/11/04 | $750 | 11/23/04 | $25.60 | $512.00 | $238.00 |
| 10. | 12/11/04 | $750 | 12/29/04 | $25.60 | $512.00 | $238.00 |
| | Totals | $6000 | | $204.80 | $4146.00 | $1904.00 |

Amount Owed: $7500   +   Late Charges $204.80        Escrow Pd    $1904.00

Amount Pd.     $3098.50 (Taxes & Insurance)

1904.00 Escrow Pd.

Amount Short    $1194.50