In the United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: Francisco Ayala
     Patricia Ayala
     7802 Albatross Road
     Baytown, Tx  77520
Debtor(s)

Case Number: 07-38405-H5-13

Chapter 13

## TRUSTEE'S CERTIFICATION OF NON-COMPLIANCE

I, William E. Heitkamp, Trustee, do hereby certify that the Debtor(s) herein have failed to comply with the Courtroom minutes dated Tuesday, October 13, 2009, and that entry of an order dismissing the case is requested.

Dated: 11/2/2009

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions ID No. 3857
9821 Katy Freeway, Suite 590
Houston, Tx  77024
(713) 722-1200

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certification of Non-Compliance has been served upon the Debtor's Attorney via ECF and the Debtor(s) via first class mail on 11/2/2009.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee

Printed on 11/2/2009 by JMW      .